UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES PATRICK CIBULKA,<br><br>    Plaintiff,<br><br>    vs.<br><br>THOMAS FRONCZEK et al.,<br><br>    Defendants. | 2:15-cv-01900-RCJ-CWH<br><br>**ORDER** |

This prisoner civil rights complaint under 42 U.S.C. § 1983 arises out of alleged violations of Petitioner's rights at a state court trial.  The Court now screens the Complaint under 28 U.S.C. § 1915.

I.     **LEGAL STANDARDS**

Federal courts must dismiss cases filed by plaintiffs proceeding *in forma pauperis* if at any time it appears that the action is frivolous or malicious, fails to state a claim, or seeks monetary relief against immune defendants. 28 U.S.C. § 1915(e)(2)(B).  Dismissal of a complaint for failure to state a claim upon which relief can be granted is provided for in Federal Rule 12(b)(6), and the court applies the same standard under § 1915A. *Wilhelm v. Rotman*, 680 F.3d 1113, 1121 (9th Cir. 2012).  When a court dismisses a complaint upon screening, the plaintiff should be given leave to amend the complaint with directions as to curing its

deficiencies, unless it is clear from the face of the complaint that the deficiencies could not be cured by amendment. *See Cato v. United States*, 70 F.3d 1103, 1106 (9th Cir. 1995).

## II.  ANALYSIS

Plaintiff alleges various constitutional rights violations at his state court trial. He has appealed his conviction, and the Nevada Supreme Court has affirmed. Another judge of this Court has dismissed his subsequent habeas corpus petition for failure to maintain a current address. It is not clear whether Plaintiff has filed any state habeas corpus action. In any case, the Court cannot provide civil relief under 42 U.S.C. § 1983, because any such relief would undermine the validity of the state court conviction, and there is no allegation that the state court conviction has been reversed, vacated, or otherwise voided. *See Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994).

## CONCLUSION

IT IS HEREBY ORDERED that the Application to Proceed in Forma Pauperis (ECF No. 5) is GRANTED, the Clerk shall FILE the Complaint, and the Complaint is DISMISSED.

IT IS FURTHER ORDERED that the Motion (ECF No. 4) is DENIED.

IT IS FURTHER ORDERED that *in forma pauperis* status shall not continue on appeal.

IT IS FURTHER ORDERED that the Clerk shall enter judgment and close the case.

Dated this 29th day of June, 2016.

_____
ROBERT C. JONES
United States District Judge