AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

JAMES PATRICK CIBULKA,

     Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER:  **2:15-cv-01900-RCJ-CWH**

THOMAS FRONCZEK, et al.,

     Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Complaint (#8) is **DISMISSED**.

  June 29, 2016                                   **LANCE S. WILSON**
                                                      Clerk

                                                 /s/ D. R. Morgan
                                                   Deputy Clerk